**No. 11-219. Sandi D. Jackson, as Next Friend and Parent of Keely A. Jackson, a Minor Child Under the Age of Eighteen Years Old, Petitioner v. Rashondalyn Nixon, et al.**

565 U.S. 964, 132 S. Ct. 462, 181 L. Ed. 2d 296, 2011 U.S. LEXIS 7477.

October 17, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Sixth Circuit denied.

Same case below, 469 Fed. Appx. 411.

**No. 11-271. Norris Speed, Petitioner v. Hilton Hall, Warden.**

565 U.S. 964, 132 S. Ct. 464, 181 L. Ed. 2d 296, 2011 U.S. LEXIS 7517.

October 17, 2011. Petition for writ of certiorari to the Supreme Court of Georgia denied.

**No. 11-289. John L. Cheek, Petitioner v. Suzanne Jennings, et al.**

565 U.S. 964, 132 S. Ct. 465, 181 L. Ed. 2d 296, 2011 U.S. LEXIS 7492.

October 17, 2011. Petition for writ of certiorari to the Supreme Court of Virginia denied.

**No. 11-303. Paul Abbott, et al., Petitioners v. Daniel Guenther.**

565 U.S. 964, 132 S. Ct. 465, 181 L. Ed. 2d 296, 2011 U.S. LEXIS 7457.

October 17, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

Same case below, 421 Fed. Appx. 312.

**No. 11-317. Fabiola Is Ra El Bey, Petitioner v. Mark R. Kravitz, Judge, United States District Court for the District of Connecticut, et al.; and Fabiola Derisme, Petitioner v. Bank of America, National Association.**

565 U.S. 964, 132 S. Ct. 466, 181 L. Ed. 2d 296, 2011 U.S. LEXIS 7557.

October 17, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Second Circuit denied.

**No. 11-323. Rigoberto Gomez-Gomez, Petitioner v. United States.**

565 U.S. 964, 132 S. Ct. 466, 181 L. Ed. 2d 296, 2011 U.S. LEXIS 7530.

October 17, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Sixth Circuit denied.

Same case below, 643 F.3d 463.

**No. 11-5302. Lynwood Carlton Farmer, Petitioner v. United States.**

565 U.S. 964, 132 S. Ct. 454, 181 L. Ed. 2d 296, 2011 U.S. LEXIS 7569.

October 17, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Third Circuit denied.

Same case below, 419 Fed. Appx. 163.